# IN THE SUPREME COURT OF THE STATE OF NEVADA

NAKIA DAWN BAHNS,
                Appellant,
    vs.
KEVIN MICHAEL HUBER, F/K/A
KLYDE WOLF VON BRAUER,
                Respondent.

No. 79774

**FILED**

OCT 2 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). The "Order from April 30, 2019, Hearing" directs respondent to file the child's grades and attendance records, states that appellant shall have supervised visitation at Donna's House, and confirms that the non-jury trial date stands. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from the directions ordered by the district court. This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

                               _____Pickering_____, J.
                                Pickering

_____, J.               _____, J.
Parraguirre                     Cadish

cc: Hon. Rena G. Hughes, District Judge, Family Court Division
Nakia Dawn Bahns
The Law Office of Daniel C. Allen, LLC
Eighth District Court Clerk